IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00306-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JUSTICE PURNELL, | |
| Defendant. | |

The above-named defendant having been sentenced on January 28, 2019, to Probation,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**January 28, 2019**__   _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE