STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)498-2001
slcrawfordlaw@gmail.com

Attorney for Defendant
        Justice Purnell

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JUSTICE PURNELL,<br><br>    Defendant. | Case No. 1:17CR00306 LJO<br><br>COURT ORDER AND COURT ORDER<br><br>REQUESTING RELEASE OF DECEASED<br><br>DEFENDANT'S PASSPORT TO HER<br><br>FATHER |

TO District Court Judge LAWRENCE J. O'NEILL. It is hereby requested that the passport [USA Passport #532741603] for the above-named defendant be released to her father Mark Purnell.

On January 28, 2019, Justice Purnell was placed on 2 years of probation by this court. On November 22, 2019, this Court terminated and closed her case. Unfortunately, Ms. Purnell passed away. Her father is now seeking her passport and would ask the Court to release the passport as there is no longer a need for the government to maintain possession of it.

                                /Steven L. Crawford/
                                STEVEN L. CRAWFORD, Attorney for
                                Justice Purnel

- 1

ORDER

The Clerk of Clerk shall return the passport [USA Passport #532741603] to Mark Purnell.

IT IS SO ORDERED.

Dated: **January 14, 2020**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE